<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1893**

———————

MEL MARIN,

                    Plaintiff - Appellant,

          v.

ALERSIA MCMANUS, in their personal capacities, jointly and
severally; KATE HETHERINGTON, in their personal capacities,
jointly and severally; HOWARD COMMUNITY COLLEGE, in their
personal capacities, jointly and severally; ALLIED-BARTON,
LLC, in their personal capacities, jointly and severally,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:14-cv-02014-RDB)

———————

Submitted:  December 22, 2014       Decided:  January 7, 2015

———————

Before KING, DUNCAN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mel Marin, Appellant Pro Se.  Eric Charles Brousaides, CARNEY,
KELEHAN, BRESLER, BENNETT & SCHERR, LLP, Columbia, Maryland;
Bruce Darren Burns, CARNEY, KELEHAN, BRESLER, BENNETT & SCHERR,
LLP, Annapolis, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mel Marin seeks to appeal the district court's order directing him to provide completed service forms and summons and the court's order dismissing his civil complaint without prejudice for failure to comply with its instructions. See Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marin v. McManus, No. 1:14-cv-02014-RDB (D. Md. filed June 30, 2014 & entered July 1, 2014; July 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED